FILED by ____ D.C.
ELECTRONIC
Nov. 24, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:

JOHN G. BROWN,         08-81406-Civ-HURLEY/HOPKINS

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,
and CRAWFORD AND COMPANY, INC.,

    Defendants.
_____/

## PLAINTIFF'S COMPLAINT

Plaintiff, JOHN G. BROWN ("BROWN," below) makes this his Complaint against the Defendants, RELIANCE STANDARD LIFE INSURANCE COMPANY ("RELIANCE," below) and CRAWFORD AND COMPANY, INC. ("CRAWFORD," below) and states as follows:

1. This is a civil action arising under the laws of the United States pursuant to 28 U.S.C. Sect. 1331. Pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA," below), 29 U.S.C. Sect. 1001 *et seq.*, BROWN brings this action to recover short term disability income benefits and related benefits under certain employee welfare benefit plans, to enforce his rights under the terms of such plans and to clarify his rights to future benefits under the terms of such plans.[1]

2. At all times material to the present action BROWN has been a resident of Palm

---

[1] Plaintiff is also seeking long term disability benefits but that claim is not yet ripe as Plaintiff is still in the administrative process in regards to that claim. When that claim is ripe, Plaintiff will amend his suit in that regard.

1

Beach County, Florida, lying within the Southern District of Florida. Pursuant to 29 U.S.C. Sect. 1132(e) this action is brought in the United States District Court for the Southern District of Florida, in which district the breach and/or breaches took place.

3. At all times material to this action BROWN was a "participant," as defined under 29 U.S.C. Sect. 1002(7), in one or more "employee welfare benefit plan[s]," as defined under 29 U.S.C. Sect. 1002(1), providing disability income benefits and medical and/or dental benefits to disabled plan participants. CRAWFORD is the Plan Sponsor of both the "Group Short Term Disability Insurance" and also of the "Group Long Term Disability Insurance," referred to collectively by CRAWFORD as "The Crawford & Company Employee Disability Income Plan." RELIANCE insures "Group Short Term Disability Insurance" under Group Policy No. STD 155730. RELIANCE insures "Group Long Term Disability Insurance" under Group Policy No. LTD 109736. CRAWFORD is the Plan Administrator of the Group Health Care Benefit Plan, which provides a "medical benefits extension" to plan participants "deemed totally disabled under the Crawford & Company Employee Disability Income Plan." For employees such as BROWN, that benefit consists of "an extension of medical benefits . . . for 24 months . . . from the date [BROWN's] disability ceased subject to the same terms and conditions that apply to other employees." A limited extension of benefits also applies to disabled employees under the dental plan, of which CRAWFORD is the Plan Administrator.

4. BROWN has fulfilled all conditions precedent to the filing of this action, and all administrative remedies under such plans are and/or are deemed exhausted.

5. RELIANCE makes the final decisions on claims for short and long term disability

benefits made by participants in the Crawford & Company Employee Disability Income Plan. RELIANCE pays claims for short and long term disability benefits under the Crawford & Company Employee Disability Income Plan out of RELIANCE's general assets.

6. On or about February 8, 2007, BROWN became disabled from his job and was forced to stop working for CRAWFORD as a property/ casualty claims adjuster as a result of one or more disabling conditions, including a heart attack exacerbating a pre-existing anxiety disorder.

7. BROWN was deemed disabled and paid short-term disability benefits through April 23, 2007. BROWN was granted corresponding medical and/or dental benefits extensions. BROWN's disability benefits, however, were cut off and his medical and/or dental benefits extensions terminated, effective October 31, 2007.

8. At all times material to the present action BROWN has been and remains disabled and entitled to short term disability income benefits under the Crawford & Company Employee Disability Income Plan and the extension of medical benefits under the Group Health Care Benefit Plan of which CRAWFORD is the Plan Administrator. BROWN is also entitled to an extension of dental benefits under the group dental care plan of which CRAWFORD is the Plan Administrator. In the current claim, Plaintiff seeks the short term benefits under these plans.

9. BROWN is entitled to recover past unpaid benefits due him under the Crawford & Company Employee Disability Income Plan, together with interest, and to an award of the extension of medical benefits under the Group Health Care Benefit Plan and such similar provisions of the group dental plan, of which CRAWFORD is the Plan

Administrator. BROWN is entitled further to an order enforcing his rights under such plans and clarifying his rights to future benefits under the Crawford & Company Employee Disability Income Plan and the extension of medical benefits under the Group Health Care Benefit Plan under 29 U.S.C. Sect. 1132(a)(1)(B). In the current claim, Plaintiff seeks the short term benefits under these plans.

10. Plaintiff BROWN is currently seeking damages related to the denial of his short term disability benefits.

11. BROWN has been forced to retain one or more attorneys to represent him in the present action and is entitled to an award of reasonable attorney's fees and the costs of this action from RELIANCE and/or CRAWFORD, under 29 U.S.C. Sect. 1132(g)(1).

WHEREFORE, BROWN prays for an award of disability benefits from RELIANCE together with interest thereon, for an order declaring BROWN disabled under the short-term provisions of the Crawford & Company Employee Disability Income Plan, for an extension of benefits under the Group Health Care Benefit Plan and/or Dental Plan, of which CRAWFORD is the Plan Administrator, pursuant to the provisions of such plan or plans and for an award of attorney fees and costs against RELIANCE and/or CRAWFORD.

Dated November 20, 2008

Law Offices of Cathleen Scott, P.A.
250 South Central Blvd., Suite 104
Jupiter, FL 33458
(561) 653-0008- Phone
(561) 653-0020- Fax
Email: CScott@FloridaLaborLawyer.com

By: _____
Cathleen Scott
FL BAR NUMBER: 135331

**JS 44** (Rev. 11/05)                                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

FILED RB ELECTRONIC
Nov. 24, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**I. (a) PLAINTIFFS**
John Brown
c/o Cathleen Scott P.A.

**DEFENDANTS**
RELIANCE STANDARD LIFE INSU[RANCE]
and CRAWFORD AND COMPANY, I[NC.]

**(b)** County of Residence of First Listed Plaintiff: Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Leon
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cathleen Scott, P.A.
250 S Central Blvd, Suite 104
Jupiter, FL 33458

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

08CV81406 DTKH/JMH

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |   | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |   | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |   | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☑ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |   | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |   | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |   |   | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |   |   | ☐ 950 Constitutionality of State Statutes |
|   | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |   |   |   |
|   |  / ☐ 555 Prison Condition |   |   |   |
|   | ☐ 440 Other Civil Rights |   |   |   |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE                                   DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC 1331

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD    DATE 11/20/08

FOR OFFICE USE ONLY
AMOUNT 350.00    RECEIPT # 725073    IFP